NORTHERN MANHATTAN IMPROVEMENT
   CORPORATION
Attorneys for Plaintiff
By: James M. Baker
76 Wadsworth Ave.
New York, N.Y.  10033
Tel.: 212-822-8347
Fax.: 212-740-9645

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

VENITH THOMAS,

             Plaintiff,

  - against -

MARK M. ALTSCHUL and ALTSCHUL
& ALTSCHUL,

            Defendants.
_____

AFFIDAVIT OF SERVICE OF
SUMMONS AND COMPLAINT

13 Civ. 8320 (RA)

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss.:

    YULISSA MEJIA, being duly sworn, deposes and says:

    1.  I am a not a party to this action, am over 18 years of age, and reside in New York County, New York.

    2.  On January 6, 2014, I served the summons and complaint in this action on Altschul & Altschul by delivering true copies thereof to Sonia Lopez, a person of suitable age and discretion, at 18 East 12th Street, New York, N.Y.  Ms. Lopez identified herself as the receptionist for Altschul & Altschul.  Upon information and belief, the said premises is the actual place of business of defendant Mark A. Altschul, a partner in Altschul & Altschul.

3. Ms. Lopez was a female, approximately 40-50 years old, approximately 140-60 pounds in weight, approximately 5' 4" to 5' 7" in height. She had light colored skin, black hair, and wore black frame glasses.

4. On January 8, 2014, I completed service on Altschul & Altschul by depositing true copies of the summons and complaint in a first class post-paid envelope addressed to Mr. Altschul, partner, in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York. The said envelope did not indicate that it was from an attorney and was marked "Personal and Confidential."

X _____
Yulissa Mejia

Sworn to before me this
8th day of January, 2014

_____
Notary Public

JAMES M. BAKER
Notary Public, State of New York
No. 02BA6030337
Qualified in New York County
Commission Expires Nov. 7, 2016