# NORTHERN MANHATTAN IMPROVEMENT CORPORATION

76 Wadsworth Avenue
New York, NY 10033
(212) 822-8300
FAX (212) 740-9646/5
FAX (212) 928-4180

January 23, 2014

VIA ECF

Hon. Ronnie Abrams
United States District Judge
United State Courthouse
40 Foley Square
New York, N.Y. 10007

    Re:  Venith Thomas v. Mark M. Altschul and Altschul & Altschul
        13 Civ. 8320 (RA)

Dear Judge Abrams:

    I am the plaintiff's attorney in this case.

    On November 26, 2013, you issued an order requiring the parties to file a joint letter and proposed case management plan and scheduling order by January 24, 2014, and scheduling an initial status conference for January 31, 2014.

    As of yet, however, I do not have an opponent. I filed the complaint on November 21, 2013. On November 26, 2013, I mailed defendants copies of the complaint, together with a request to waive service of the summons under Rule 4(d). When neither defendant responded within the 30 days allotted in the notice for a response, I arranged for both defendants to be served on January 8, 2014. To date, neither defendant has appeared.

    Although the docket notes that the answer in due on January 29, 2014, I believe this may be inaccurate and that the defendants may in fact have until as late as February 10, 2014 to respond to the complaint. This is for technical reasons having to do with the method of service, which there is no particular point in my explaining here.

    Under the circumstances, the dates for the joint letter etc. and initial conference need to be changed.

                      Very truly yours,

                      James M. Baker

JMB/jb