```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
VENITH THOMAS, :
:
Plaintiff, :
:        No. 13 Civ. 8320 (RA)
-v- :
:        ORDER OF REFERENCE
MARK M. ALTSCHUL and ALTSCHUL & :
ALTSCHUL, :
:
Defendants. :
:
------------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

The above-captioned action is referred to Magistrate Judge Peck for the following purpose:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| X | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:    May 29, 2014
         New York, New York

_____
Ronnie Abrams
United States District Judge