# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: September 30, 2014          Total Number of Pages: 2

**MEMO ENDORSED:**

SJ motion now due 10/15. (You could & should have ordered the deposition transcript expedited).

Copies by ECF to: All Counsel
                  Judge Abrams

# Law Office of
## R. Leah Turchin

97 Manitou Trail
Kings Park, New York 11754

T: 917-860-5197
E: turchin.law@gmail.com

F: 631-261-2004
Admitted: NY & FL

Via ECF

September 30, 2014



Honorable Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl St.
Courtroom 20D
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-30-14

Re: *Venith Thomas v. Mark M. Altschul and Altschul & Altschul*
Docket No. 13-cv-8320 (RA) (AJP)

Dear Judge Peck:

On September 14, 2014 I filed a notice of defendants' intent to file a motion for summary judgment. Pursuant to your order of June 6, 2014, the motion is due October 8, 2014. The depositions of the defendants and two of the defendants' employees were taken on September 5 and 8, 2014 however it was not until yesterday afternoon that I received the attached letters from the court reporting service advising me that the transcripts are available. A copy of the stamped envelope showing the date of mailing and the state from which it was sent is also attached.

Since it is impossible to meet the October 8, 2014 deadline, I am requesting a reasonable extension of time to enable my client and their employees to review their deposition testimony and for me to prepare the necessary affidavits and memorandum of law for my motion for summary judgment.

**MEMO ENDORSED** 9/30/14

SJ motion now due 10/15. (You could & should have ordered/expedited transcripts [RLT expedited]).

Very truly yours,

R. Leah Turchin

Att.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Copies by ECF to all counsel
Joseph Abrams