```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :
VENITH THOMAS,                                :
                                              :
                        Plaintiff,            :
                                              :        No. 13 Civ. 8320 (RA)
         -v-                                  :
                                              :        ORDER
MARK M. ALTSCHUL and ALTSCHUL &               :
ALTSCHUL,                                     :
                                              :
                        Defendants.           :
                                              :
-----------------------------------------------------------X
```

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 3 0 2014

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendants' Notice of Motion for Summary Judgment submitted on October 27, 2014, which purports to move this Court before Magistrate Judge Andrew J. Peck. The June 9, 2014 Order of Reference for general pretrial proceedings to Magistrate Judge Peck, however, did not include referral of dispositive motions such as the pending motion for summary judgment. To the extent the parties seek to have Magistrate Judge Peck conduct all future proceedings in this case, including the motion for summary judgment, they may sign the attached AO 85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form and submit it to the Court by November 7, 2014. The parties may withhold their consent without adverse substantive consequences.

If the parties do not consent to such a referral, Defendants are ordered to submit an amended Notice of Motion for Summary Judgment, along with supporting documents, indicating that the motion will be before Judge Abrams.

SO ORDERED.

Dated:    October 30, 2014
          New York, New York

                                                    _____
                                                    Ronnie Abrams
                                                    United States District Judge

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

|  |  |  |
|---|---|---|
| _____ ) |  |  |
| *Plaintiff* ) |  |  |
| v. ) | Civil Action No. |  |
| _____ ) |  |  |
| *Defendant* ) |  |  |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                              _____
                                                                                         *District Judge's signature*

                                                                                         _____
                                                                                         *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.