# NORTHERN MANHATTAN IMPROVEMENT CORPORATION

76 Wadsworth Avenue
New York, NY 10033
(212) 822-8300
FAX (212) 740-9646/5
FAX (212) 928-4180

November 10, 2014

VIA ECF

Hon. Ronnie Abrams
United States District Judge
United State Courthouse
40 Foley Square
New York, N.Y. 10007

Re: Venith Thomas v. Mark M. Altschul and
Altschul & Altschul
13 Civ. 8320 (RA)

Dear Judge Abrams:

I am one of plaintiff's attorneys in this case and write to request an extension of the due date for plaintiff's opposition to defendants' motion for summary judgment.

Plaintiff's opposition is currently due on November 20, 2014. Plaintiff requests that it be extended by two weeks to December 4, 2014.

This is plaintiff's first request for an extension of time in this litigation. I note that defendants' motion was originally required to be filed on October 8, 2014 and that, with plaintiff's agreement, defendants received extensions of more than two weeks.

The principal reason for this request is that I will be out of the country and unable to work on the case from November 12-18, 2014. This trip was scheduled at a time when I assumed defendants' motion would be filed on October 8, 2014, and that there would be ample time to prepare plaintiff's opposition before my departure.

Defendants do not oppose this request.

Very truly yours,

James M. Baker

cc: R. Leah Turchin, Esq.